1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Nick Steven Lodata

7

8

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10                    **EASTERN DIVISION**

11

12
   NICK STEVEN LODATA,            ) Case No.:  EDCV 15-727 JPR
13                                )
                                  ) ORDER OF DISMISSAL
14         Plaintiff,             )
                                  )
15      vs.                       )
   CAROLYN W. COLVIN, Acting      )
16 Commissioner of Social Security,)
                                  )
17                                )
           Defendant.             )
18                                )

19

20     The above captioned matter is dismissed with prejudice, each party to bear

21 its own fees, costs, and expenses.

22     IT IS SO ORDERED.

23 DATE:  December 15, 2015        /s/ Jean Rosenbluth
                                   _____
24                                 THE HONORABLE JEAN P. ROSENBLUTH
                                   UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1  DATE: December 14, 2015        Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING

3                            BY:  /s/ *Young Cho*
                                  _____
4                                 Young Cho
                                  Attorney for plaintiff Nick Steven Lodata

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26